# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

MENJUAN BANKHEAD,

Defendant.

Case No. 25-CR-244-JPS

**ORDER**

In December 2025, the Government filed a three count Indictment, charging Defendant Menjuan Bankhead ("Defendant") with violating 18 U.S.C. §§ 922(g)(1), 924(a)(8), and 924(c)(1)(A)(i) as well as 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(viii), and 841(b)(1)(D). ECF No. 1. On March 5, 2026, the parties filed an amended plea agreement, indicating that Defendant agreed to plead guilty to Counts One and Two of the Indictment, with the Government to move to dismiss the remaining count at the time of sentencing. ECF No. 12.

The parties appeared before Magistrate Judge Nancy Joseph on March 13, 2026, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. ECF No. 14. Defendant entered a plea of guilty as to Counts One and Two of the Indictment. *Id.* After cautioning and examining Defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Judge Joseph determined that the guilty plea was knowing and voluntary, and that the offenses charged were supported by an independent factual basis containing each of the essential elements of the offenses. *Id.;* ECF No. 13.

On March 13, 2026, Magistrate Judge Joseph filed a Report and Recommendation with this Court, recommending that: (1) Defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) Defendant be adjudicated guilty and have a sentence imposed accordingly. ECF No. 14. Pursuant to General Local Rule 72(c), 28 U.S.C. § 636(b)(1)(B), and Federal Rule of Criminal Procedure 59(b), the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation. *Id.* at 1–2. To date, no party has filed such an objection. The Court has considered Magistrate Judge Joseph's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Nancy Joseph's Report and Recommendation, ECF No. 14, be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 20th day of April, 2026.

BY THE COURT:

_____

J.P. Stadtmueller
U.S. District Judge